# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

|  |  |  |
|---|---|---|
| **U N I T E D   S T A T E S,** | ) | **Misc. Dkt. No. 2014-05** |
| **Respondent** | ) | **(S32018)** |
|  | ) |  |
| **v.** | ) |  |
|  | ) | **NOTICE OF DOCKETING** |
| **Airman First Class (E-3)** | ) |  |
| **BRIAN C. KATES,** | ) |  |
| **USAF,** | ) |  |
| **Petitioner** | ) | **Panel No. 1** |

A Petition for Extraordinary Relief in the Nature of a Writ of Error Coram Nobis in the above styled case was filed with this Court by counsel for the Petitioner on the 9th day of May, 2014.

The case has been assigned **Misc. Dkt. No. 2014-05** and has been referred to **Panel 1** for review.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court